**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7612**

———————————

KEITH PERSELL EDWARDS,

Petitioner - Appellant,

versus

PATRICIA L. CHAVIS,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-01-391-5-H)

———————————

Submitted:  February 14, 2002      Decided:  February 22, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Keith Persell Edwards, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Persell Edwards appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Edwards v. Chavis, No. CA-01-391-5-H (E.D.N.C. Aug. 23 & Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2